HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JAMES L. GIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:19-po-00084-SAB-1 |
|---|---|
| Plaintiff, | ***UNOPPOSED*** MOTION TO RECALL WARRANT AND DISMISS PETITION; ORDER |
| vs. | |
| JAMES L. GIFFORD, | |
| Defendant. | |

Defendant James L. Gifford, by and through his attorney, Assistant Federal Defender Erin Snider, hereby moves this Court to recall the warrant issued December 4, 2020, and to dismiss the pending Petition for Violation of Probation (ECF #14). Mr. Gifford passed away on February 16, 2022. Defense counsel has provided a Certificate of Death to counsel for the government. Counsel for the government does not oppose this motion.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 21, 2022            */s/ Erin Snider*
                                ERIN SNIDER
                                Assistant Federal Defender
                                Attorney for Defendant
                                JAMES L. GIFFORD

## **ORDER**

**IT IS SO ORDERED.** The Court hereby recalls the warrant issued December 4, 2020 and dismisses the pending Petition for Violation of Probation (ECF #14).

IT IS SO ORDERED.

Dated: __**April 21, 2022**__

UNITED STATES MAGISTRATE JUDGE